MICHAEL J. LARIN, ESQ., STATE BAR #77116
mjl@lynberg.com
VITA J. MASELLIS, ESQ., STATE BAR #232007
vjm@lynberg.com
RYAN M. TERSCHLUSE, ESQ., STATE BAR #258232
rt@lynberg.com
LYNBERG & WATKINS, A Professional Corporation
888 South Figueroa Street, 16th Floor
Los Angeles, California 90017-5449
Telephone: (213) 624-8700
Facsimile:   (213) 892-2763                                        **JS-6**

Attorneys for Defendants,
ACME UNITED CORPORATION
and STAPLES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL PERRY,<br><br>            Plaintiff,<br>vs.<br><br>ACME UNITED CORPORATION; STAPLES, INC.;  and DOES 1 through 20, inclusive,<br><br>            Defendants.<br>_____<br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>            Plaintiff-in-Intervention,<br>vs.<br><br>ACME UNITED CORPORATION; STAPLES, INC.;  and DOES 1 through 50, inclusive,<br><br>            Defendants-in-Intervention. | Case No. CV 10-4477-JFW (Ex)<br><br>ORDER RE: REMAND OF ENTIRE ACTION TO STATE COURT;<br><br><br>COURTROOM: 16<br>JUDGE:  Hon. John F. Walter<br><br><br>Complaint Filed:             May 4, 2010<br>Pre-Trial Conference Date: June 3, 2011<br>Trial Date:                      June 21, 2011 |

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

1

STIPULATION OF ALL PARTIES RE: REMAND OF ENTIRE ACTION TO STATE COURT; PROPOSED ORDER

PLEASE TAKE NOTICE that based upon the Stipulation of the parties to his action and for good cause appearing thereon, the court ORDERS as follows:

1. That this action in its entirety be remanded to the Superior Court of the State of California for all further hearings, including trial.

2. That all current hearing dates before this court are hereby advanced and vacated.

IT IS SO ORDERED

DATED: August 27, 2010

_____
Hon. John F. Walter
U.S. DISTRICT JUDGE